**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   BELDEN,                                    No.  CV 14-01281 LB

9            Plaintiff,                        **ORDER**

10     v.

11   CITIGROUP GLOBAL MARKETS, INC. ET
     AL,
12
             Defendant.
13   _____/

14

15   GOOD CAUSE APPEARING THEREFOR,

16         IT IS ORDERED that this case is reassigned to the **Honorable Jeffrey S. White** in the **San**

17   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials JSW** immediately after the case number. All dates presently scheduled are vacated

19   and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

20   Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

21   Matters for which a magistrate judge has already issued a report and recommendation shall not be

22   rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

23   accordance with Fed. R. Civ. P. 72(b).

24

25                                          FOR THE EXECUTIVE COMMITTEE:

26

27   Dated:  March 27, 2014                   _____
                                               Richard W. Wieking
28                                             Clerk of Court

A true and correct copy of this order has been served by mail upon any pro se parties.