IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BELDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITIGROUP GLOBAL MARKETS, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 14-01281 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

　　　　On March 26, 2014, Plaintiff filed an *ex parte* motion for a temporary restraining order, in which he asks the Court to postpone an arbitration hearing scheduled for April 1, 2014, before FINRA.  Plaintiff argues that the Court must enjoin this hearing, because he will not get a fair hearing in the arbitration proceeding due to institutional bias in favor of his former employer Citigroup Global Markets, Inc.

　　　　It is HEREBY ORDERED that Defendant shall file a response to the motion by 4:00 p.m. on Thursday, March 27, 2014, and Plaintiff shall file a reply by no later than 8:00 a.m. on Friday, March 28, 2014.  The Court will hold a hearing on Friday, March 28, 2014 at 2:00 p.m.

　　　　Plaintiff shall serve a copy of this Order on Defendant by 10:15 a.m. on March 27, 2014, and shall file proof of that service with the Court.

　　　　**IT IS SO ORDERED.**

Dated: March 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE